# Exhibit 2

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives



Report of Investigation

| Title of Investigation: COUSIN, Keith | Investigation Number: | Report Number: |
|---|---|---|

## SUMMARY OF EVENT:

<u>CASE INITIATION</u>: Special Agent (SA) Jacobsen was provided information that Keith "Ant Black" COUSIN was actively and frequently participating in home invasions and robberies in Boston, Massachusetts. Investigation into COUSIN shows him to be a multi-convicted felon with a long criminal history of violent crime, firearm possession, and armed robberies.

## NARRATIVE:

1. SA Jacobsen was provided information that Keith Anthony "Ant Black" COUSIN was actively and frequently participating in home invasions and robberies in Boston, Massachusetts. Detectives from the Boston Police Department (BPD) added that COUSIN has a long criminal history of violent crime, firearm possession, and armed robberies. BPD detectives also believed COUSIN to be a suspect in past robberies, and a person of interest in a recent home invasion on October 20, 2019.

2. In October 2019, ATF CI-27698 provided SA Jacobsen with information regarding Keith Anthony "Ant Black" COUSIN. CI-27698 advised that COUSIN is a member of the Columbia Road street gang who was most recently charged with Murder and found Not Guilty in a jury trial in May of 2019. CI-27698 explained that COUSIN is a violent and unpredictable Columbia Road gang member who has previously, and continues to, commit robberies and home invasions in Boston.

3. COUSIN's criminal history includes a 2010 conviction for Possession of a Firearm and Possession of Ammunition, a 2008 conviction for Assault and Battery with a Dangerous Weapon, a 2005 conviction for Possession of a Firearm, a 2003 conviction for Possession of a Firearm, a 2002 conviction for Armed Robbery and Assault with a Dangerous Weapon, a 2001 conviction for Breaking and Entering at Night with Intent to Commit a Felony and Larceny, and a 2001 conviction for Unarmed Robbery. In addition to the aforementioned criminal convictions, COUSIN was arrested for Murder in 2017, and has been arrested numerous other times for firearms, robbery, and drug offenses, among other crimes.

4. COUSIN is a documented member of the Columbia Road street gang. The Columbia Road street gang uses clothing, colors, and symbols to represent the gang. Like other members of the gang, COUSIN bears a "CR" tattoo. According to the Boston Regional Intelligence Center (BRIC), there are 40 verified members and associates of the gang. BPD verifies gang members based upon a point system representing their continual

| Prepared by: Robert J. Jacobsen | Title: Special Agent, Boston II Field Office | Signature: | Date: 10/24/2019 |
|---|---|---|---|
| Authorized by: Rossin A. Marchetti | Title: Group Supervisor, Boston II Field Office | Signature: | Date: 10/25/19 |
| Second level reviewer (optional): Kelly D. Brady | Title: Special Agent in Charge, Boston Field Division | Signature: | Date: 10/25/19 |

Page 1 of 3

ATF EF 3120.2 (10-2004)
For Official Use Only

CP001000

| Title of Investigation: COUSIN, Keith | | Investigation Number: | Report Number: |
|---|---|---|---|



involvement in the gang, for which COUSIN has 46 points, the most in the Columbia Road street gang. Investigation into COUSIN and other members of the Columbia Road gang show a long and violent history of firearms and armed robbery crimes. COUSIN was first arrested by BPD in 2000 for Armed Robbery and has been arrested 34 times since then.

Further investigation into COUSIN and associates revealed the following information:

5. On October 20, 2019, BPD responded to a home invasion (BPD Investigation # ▓▓▓▓) where four black males forced their way into a residence with firearms and zip-tied the occupants (to include children and elderly). Wearing latex gloves, the males were in the process of taking cell phones and smart watches away from the occupants when officers arrived at the residence. Two suspects were arrested and two fled the scene. Three firearms were recovered from the suspects at the residence. The description provided for one of the fleeing suspects matches the description of COUSIN, to include a detailed account of a chipped tooth similar to COUSIN. COUSIN is considered a person of interest by BPD Detectives in this incident.

6. In June of 2016, BPD responded to a person shot where officers located a victim who had been beaten and shot in the face. The BPD police report (BPD Investigation # ▓▓▓▓) indicated that numerous witnesses, forensic, and video evidence, lead to the identification of COUSIN as the person who assaulted the victim before an associate shot and killed the victim. COUSIN fled the state to Georgia after the incident, where he was ultimately arrested for Murder and firearms charges. COUSIN was found Not Guilty in a jury trial.

7. In March of 2009, BPD obtained a warrant for COUSIN for Assault and Battery, and Threats to Commit a Crime (BPD Investigation # ▓▓▓▓). Upon his arrest and during the booking search, COUSIN was found to have a black ski mask and two gloves with the fingers cut off.

8. In May of 2009, COUSIN was convicted of Assault and Battery with a Dangerous weapon after stabbing a person during a robbery (BPD Investigation # ▓▓▓▓). BPD police reports state that COUSIN approached the victim on foot, a fight ensued, and COUSIN stabbed the victim before fleeing.

9. In December of 2005, COUSIN was convicted of Possession of a Firearm after BPD officers observed COUSIN carrying a sawed-off shotgun into a vacant lot known for drug activity (BPD Investigation # ▓▓▓▓). At the sight of law enforcement, COUSIN fled on foot and led officers in a foot pursuit through Columbia Road street gang territory before being apprehended.

10. In May of 2002, COUSIN was convicted of Armed Robbery and Assault with a Dangerous Weapon (BPD Investigation # ▓▓▓▓). The victim of the robbery who was walking down the street at the time, and stated that COUSIN, wearing all black, lifted up his shirt revealing a handgun.

11. In November of 2000, COUSIN was convicted of Armed Robbery. BPD police reports (BPD Investigation # ▓▓▓▓) state that COUSIN approached a person on foot, brandished a knife located on his hip before robbing the victim and fleeing the area.

12. CI-27698 explained to SA Jacobsen that COUSIN is actively requesting that people locate drug dealers with stash-houses in possession of money and narcotics, and report back to COUSIN with the information. CI-27698 explained that as recent as October of 2019, she/he was requested to make such a phone call. Based upon CI-

| Title of Investigation: COUSIN, Keith |  | Investigation Number: ▮ | Report Number: ▮ |
|---|---|---|---|

27698's familiarity with COUSIN and knowledge of his criminal history, CI-27698 believes COUSIN to be casing those individuals for potential robberies.

ATTACHMENTS:
- COUSIN, Keith – Registry of Motor Vehicles (MA)
- COUSIN, Keith – Massachusetts Board of Probation (BOP) Criminal History
- COUSIN, Keith – Vehicle Registration (MA '634AM1')
- Boston Police Department Report # ▮
- Boston Police Department Report # ▮
- Boston Police Department Report # ▮
- Boston Police Department Report # ▮
- Boston Police Department Report # ▮
- Boston Police Department Report # ▮
- Boston Police Department Report # ▮